SO ORDERED.

Dated: February 24, 2011



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02227

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>John Jay Easter and Annette Merrily Abels<br>       Debtors.<br><br>PNC Bank, National Association<br>       Movant,<br>  vs.<br><br>John Jay Easter and Annette Merrily Abels,<br>Debtors, Dina Anderson, Trustee.<br><br>       Respondents. | No. 2:11-BK-00913-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 18, 2001 and recorded in the office of the MARICOPA County Recorder wherein PNC Bank, National Association is the current beneficiary and John Jay Easter and Annette Merrily Abels have an interest in, further described as:

> LOT 177, PARADISE VALLEY VILLAGE UNIT THREE, ACCORDING TO BOOK 202 OF MAPS, PAGE 36, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.